IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SEAN MICHAEL BOISSONNEAU, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | 2:13cv020-MHT |
| | ) | (WO) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner Sean Michael Boissonneau's pro se motions for a concurrent sentence (Doc. Nos. 2 and 3) are treated as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255, and said petition is granted.

(2) The judgment in United States v. Boissonneau, criminal action number 2:10cr176-MHT (Doc. No. 38) (M.D. Ala.), is amended to reflect that the sentence is concurrent with the sentence issued in the Montgomery County, Alabama, Circuit Court, Case No. CC-08-648.  This amendment is nunc pro tunc, meaning that the amendment is

effective as of the date of the original judgment in the criminal case.

It further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of January, 2013.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE