IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )      2:10cr176-MHT
SEAN MICHAEL BOISSONNEAU     )         (WO)
```

### ORDER

Based on the representations made in open court on March 20, 2014, and by agreement of the government and defendant Sean Michael Boissonneau, it is ORDERED that the terms of supervised release are modified to include these additional requirements.

(1) Defendant Sean Michael Boissonneau shall enroll in and complete an EVEN program approved by his probation officer in order to address his anger management concerns.

(2) Defendant Boissonneau is to have no contact whatsoever, either direct or indirect, with Chasity Hall.

It is further ORDERED that the revocation petition (doc. no. 64) and the modification and dismissal petition (doc. no. 78) are denied as moot.

DONE, this the 25th day of March, 2014.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**