IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
     v.                      )    CRIMINAL ACTION NO.
                             )      2:10cr176-MHT
SEAN MICHAEL BOISSONNEAU     )          (WO)
```

## ORDER

Upon consideration of the agreement reached by the parties and the oral petition to modify the conditions of supervision, with the agreement and the petition having been made in open court on September 16, 2014, it is ORDERED that the September 16 oral modification petition is granted and that the conditions of supervised release are modified follows:

(1) Defendant Sean Michael Boissonneau shall participate in the Location Monitoring Program and shall comply with the conditions of home detention, which will be monitored by a location monitoring system (Radio Frequency Monitoring), for a period of six months. He shall wear a location monitoring device and follow the

monitoring procedures specified by his probation officer. He shall pay all cost of the program based upon his ability to pay as determined by his probation officer.

(2) Defendant Boissoneau shall, during the six-month period of home detention, perform community service at a community organization, such as the Humane Society Shelter, or participate in a community program of his choice subject to approval of his probation officer for two days a week for six hours a day.

(3) Defendant Boissoneau shall be allowed to take out his daughter as long as it is cleared with his probation officer.

It is further ORDERED that (1) the petition to dismiss (doc. no. 102) is granted; (2) the revocation petition (doc. no. 85) is dismissed; and (3) the modification petition (doc. no. 102) is denied as moot.

DONE, this the 7th day of October, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE