IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr176-MHT |
| | ) | (WO) |
| SEAN MICHAEL BOISSONNEAU | ) | |

ORDER

Based on the recently filed status report (doc. no. 107), it is ORDERED that the order entered on October 7, 2014 (doc. no. 106), is modified to delete the following conditions of supervised release:

(1) The home-detention and location-monitoring requirements in paragraph numbered one.

(2) The community-service requirement in paragraph numbered two.

DONE, this the 7th day of January, 2015.

                                                      /s/ Myron H. Thompson\
                                        UNITED STATES DISTRICT JUDGE